AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA

V.

STANLEY LUM

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-120M-MPT

I, __STANLEY LUM__, charged in a (complaint) (petition) pending in this District with __BEING A FELON IN POSSESSION; POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE__ in violation of Title __18__, U.S.C., __922(g)(1) AND 924(a)(2)__

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Stanley Lum_
Defendant

_[signature]_
Counsel for Defendant

July 11, 2007
Date

FILED
JUL 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE